HEATHER M. McDONALD, Appellant, v ROBERT G. McDONALD et al., Respondents. — Order unanimously affirmed, without costs (see *Pleto v Pleto,* 98 AD2d 994). (Appeal from order of Supreme Court, Onondaga County, Lawton, J. — divorce.) Present — Dillon, P. J., Hancock, Jr., Callahan, Denman and Moule, JJ.

In the Matter of the Arbitration between CITY SCHOOL DISTRICT OF OSWEGO, Appellant, and OSWEGO CLASSROOM TEACHERS ASSOCIATION, Respondent. — Motion for clarification granted to extent that this court's decision dated and remittitur order entered March 6, 1984 (100 AD2d 13), amended to direct that the matter be remitted for a rehearing before a newly appointed arbitrator. Present — Hancock, Jr., J. P., Denman, Boomer, Green and Moule, JJ.

In the Matter of JOHNSON NEWSPAPER CORP., Appellant, v RICHARD PARKER, as Town Justice of the Town of Brownville, et al., Respondents. — Motion for clarification granted to the extent that the last paragraph of memorandum decision dated April 12, 1984 (101 AD2d 708) amended to read as follows: "Inasmuch as the Roths have been convicted and sentenced, there is no reason for withholding the unredacted transcript. We direct that the petitioners be given a copy of the unredacted transcript and access to the exhibits. We find it unnecessary to reach the other issues presented." Present — Hancock, Jr., J. P., Callahan, Denman, O'Donnell and Moule, JJ.